## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                      No. 4:97CR00243 JLH

CHEVIE KEHOE                                                  DEFENDANT

### ORDER

On July 21, 2015, Chevie Kehoe filed four *pro se* motions. The Court directs the United States to file a response to those motions on or before August 12, 2015.

IT IS SO ORDERED this 23rd day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE