**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                              No. 4:97CR00243 JLH

CHEVIE KEHOE                                                                               DEFENDANT

**ORDER**

In accordance with the Court's Order, the government has filed a response to Chevie Kehoe's pending motions. If Kehoe wishes to file a reply, he must do so on or before September 11, 2015.

IT IS SO ORDERED this 12th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE